

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00070-CV

| | | |
|---|---|---|
| Henry F. Coffeen III Management, Inc., d/b/a Coffeen Management Company | § | From the 96th District Court |
| | § | of Tarrant County (096-283020-15) |
| v. | | |
| | § | October 27, 2016 |
| Thomas Musgrave IV, Christina Morgan, and Richard W. Dewese | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that Appellant Henry F. Coffeen III Management, Inc., d/b/a Coffeen Management Company shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Anne Gardner_____
Justice Anne Gardner